

# THE THIRTEENTH COURT OF APPEALS

---

13-25-00342-CV

---

City of Palmhurst
v.
Guadalupe Salas Garcia, Individually and as Dependent Administrator of the Estate of Jose Guadalupe Salas Robledo; Ariel Salas Saldaña; Arnoldo Salas Saldaña; Rosa Salas Saldaña; Jose Cruz Salas Saldaña; Abelardo Salas Saldaña; Amelia Zoraya Salas Saldaña; Juanita Yesenia Salas Saldaña; Roberto Carlos Salas Saldaña; and Luis Alberto Salas Saldaña

---

On Appeal from the
476th District Court of Hidalgo County, Texas
Trial Court Cause No. C-4263-21-M

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be vacated and the cause remanded to the trial court. The Court orders the judgment of the trial court VACATED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are taxed against the party incurring the same.

We further order this decision certified below for observance.

October 30, 2025